IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TOMMY JASON JOHNSON, individually and on behalf of a class of similarly situated persons described herein, | ) ) ) | Case No.1:09-cv-00338 |
| PLAINTIFFS, | ) ) ) | |
| VS | ) ) | |
| TATUM FURNITURE, LLC., | ) ) | |
| DEFENDANT. | ) ) ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, TOMMY JASON JOHNSON, pursuant to FRCP 41(a)(1)(i) and dismisses his claims against the defendant TATUM FURNITURE, LLC. with prejudice.

**RESPECTFULLY** submitted on this the 14th day of August 2009.

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr. (UNDEE6591)
Attorney for Plaintiff
Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Post Office Box 969
Fairhope, AL 36533-0969
Telephone: 251-990-5558
Facsimile: 251-990-0626
epunderwood@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify on this the 14th day of August 2009 that a true and correct copy of the above and foregoing was filed with the CMECF system which will cause a copy to be served on all counsel of record.

/s/Earl P. Underwood, Jr.
Earl P. Underwood, Jr.