IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **THOMAS JASON JOHNSON,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | )   **CIVIL ACTION 09-0338-CG-C** |
| | ) |
| **TATUM FURNITURE, LLC,** | ) |
| | ) |
|    **Defendant.** | ) |

## ORDER

The plaintiff having filed a Notice of Dismissal with Prejudice (Doc. 10), this action is hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. Each party shall bear his or its own costs.

**DONE and ORDERED** this 14th day of August, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE